# EXHIBIT  1

**This page is part of your document - DO NOT DISCARD**



## 20090792487

Pages:
0016

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/28/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 66.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 66.00 |



**LEADSHEET**



**SEQ:**
**22**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

E4M117                                                                T60

2

FIRST AMERICAN TITLE COMPANY LOS ANGELES

Recording Requested By:
SIMPLE AS THAT
IMORTGAGE.COM, INC

And After Recording Return To:
IMORTGAGE.COM, INC
4800 N. SCOTTSDALE ROAD, SUITE 3800
SCOTTSDALE, ARIZONA 85251
Loan Number: ████████

4331617R-30 ————————————— [Space Above This Line For Recording Data] ———————————————

# DEED OF TRUST

| FHA CASE NO |
| --- |
| ██████████ |

MIN: ███████████████

THIS DEED OF TRUST ("Security Instrument") is made on  MAY 20, 2009
The trustor is  JUAN BORRELL, A SINGLE MAN

("Borrower").

The trustee is FIRST AMERICAN TITLE COMPANY
11175 AZUSA COURT, RANCHO CUCAMONGA, CALIFORNIA 91730        ("Trustee").
The beneficiary is Mortgage Electronic Registration Systems, Inc. ("MERS") (solely as nominee for Lender, as hereinafter defined, and Lender's successors and assigns).  MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
SIMPLE AS THAT IMORTGAGE.COM, INC, A DELAWARE CORPORATION

("Lender")

is organized and existing under the laws of  DELAWARE
and has an address of 4800 N. SCOTTSDALE ROAD, SUITE 3800, SCOTTSDALE,
ARIZONA 85251
Borrower owes Lender the principal sum of TWO HUNDRED TEN THOUSAND EIGHT HUNDRED
FIFTY-SIX AND 00/100              Dollars (U.S. $ 210,856.00        ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on  JUNE 1, 2039
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note.  For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in
LOS ANGELES    County, California:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N.: 6180-010-025

Borrower Initials:  J. B.

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ.FHA 05/01/09                     Page 1 of 9

DocMagic *eFormns* 800-649-1362
www.docmagic.com

22E

3

which has the address of  15228 SOUTH BUTLER AVENUE

                                                                    [Street]

COMPTON                              , California        90221          ("Property Address"):

        [City]                                                    [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument; but, if necessary to comply with law or custom. MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing or canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

**UNIFORM COVENANTS.** Borrower and Lender covenant and agree as follows:

1.    **Payment of Principal, Interest and Late Charge.**  Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note.

2.    **Monthly Payment of Taxes, Insurance, and Other Charges.**  Borrower shall include in each monthly payment, together with the principal and interest as set forth in the Note and any late charges, a sum for (a) taxes and special assessments levied or to be levied against the Property, (b) leasehold payments or ground rents on the Property, and (c) premiums for insurance required under paragraph 4.  In any year in which the Lender must pay a mortgage insurance premium to the Secretary of Housing and Urban Development ("Secretary"), or in any year in which such premium would have been required if Lender still held the Security Instrument, each monthly payment shall also include either:  (i) a sum for the annual mortgage insurance premium to be paid by Lender to the Secretary, or (ii) a monthly charge instead of a mortgage insurance premium if this Security Instrument is held by the Secretary, in a reasonable amount to be determined by the Secretary. Except for the monthly charge by the Secretary, these items are called "Escrow Items" and the sums paid to Lender are called "Escrow Funds."

Lender may, at any time, collect and hold amounts for Escrow Items in an aggregate amount not to exceed the maximum amount that may be required for Borrower's escrow account under the Real Estate Settlement Procedures Act of 1974, 12 U.S.C. §2601 et seq. and implementing regulations, 24 CFR Part 3500, as they may be amended from time to time ("RESPA"), except that the cushion or reserve permitted by RESPA for unanticipated disbursements or disbursements before the Borrower's payments are available in the account may not be based on amounts due for the mortgage insurance premium.

If the amounts held by Lender for Escrow Items exceed the amounts permitted to be held by RESPA, Lender shall account to Borrower for the excess funds as required by RESPA.  If the amounts of funds held by Lender at any time

Borrower Initials: J. B.

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ.FHA  05/01/09                              Page 2 of 9

DocMagic €Regionea 800-649-1362
www.docmagic.com

*4*

are not sufficient to pay the Escrow Items when due, Lender may notify the Borrower and require Borrower to make up the shortage as permitted by RESPA.

The Escrow Funds are pledged as additional security for all sums secured by this Security Instrument. If Borrower tenders to Lender the full payment of all such sums, Borrower's account shall be credited with the balance remaining for all installment items (a), (b), and (c) and any mortgage insurance premium installment that Lender has not become obligated to pay to the Secretary, and Lender shall promptly refund any excess funds to Borrower. Immediately prior to a foreclosure sale of the Property or its acquisition by Lender, Borrower's account shall be credited with any balance remaining for all installments for items (a), (b), and (c).

3.   **Application of Payments.**  All payments under paragraphs 1 and 2 shall be applied by Lender as follows:

FIRST, to the mortgage insurance premium to be paid by Lender to the Secretary or to the monthly charge by the Secretary instead of the monthly mortgage insurance premium;

SECOND, to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard insurance premiums, as required;

THIRD, to interest due under the Note;

FOURTH, to amortization of the principal of the Note; and

FIFTH, to late charges due under the Note.

4.   **Fire, Flood and Other Hazard Insurance.**  Borrower shall insure all improvements on the Property, whether now in existence or subsequently erected, against any hazards, casualties, and contingencies, including fire, for which Lender requires insurance.  This insurance shall be maintained in the amounts and for the periods that Lender requires.  Borrower shall also insure all improvements on the Property, whether now in existence or subsequently erected, against loss by floods to the extent required by the Secretary. All insurance shall be carried with companies approved by Lender  The insurance policies and any renewals shall be held by Lender and shall include loss payable clauses in favor of, and in a form acceptable to, Lender.

In the event of loss, Borrower shall give Lender immediate notice by mail.  Lender may make proof of loss if not made promptly by Borrower.  Each insurance company concerned is hereby authorized and directed to make payment for such loss directly to Lender, instead of to Borrower and to Lender jointly.  All or any part of the insurance proceeds may be applied by Lender, at its option, either (a) to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts applied in the order in paragraph 3, and then to prepayment of principal, or (b) to the restoration or repair of the damaged Property.  Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments which are referred to in paragraph 2, or change the amount of such payments.  Any excess insurance proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

In the event of foreclosure of this Security Instrument or other transfer of title to the Property that extinguishes the indebtedness, all right, title and interest of Borrower in and to insurance policies in force shall pass to the purchaser.

5.   **Occupancy, Preservation, Maintenance and Protection of the Property; Borrower's Loan Application; Leaseholds.**  Borrower shall occupy, establish, and use the Property as Borrower's principal residence within sixty days after the execution of this Security Instrument (or within sixty days of a later sale or transfer of the Property) and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender determines that requirement will cause undue hardship for Borrower, or unless extenuating circumstances exist which are beyond Borrower's control.  Borrower shall notify Lender of any extenuating circumstances.  Borrower shall not commit waste or destroy, damage or substantially change the Property or allow the Property to deteriorate, reasonable wear and tear excepted.  Lender may inspect the Property if the Property is vacant or abandoned or the loan is in default.  Lender may take reasonable action to protect and preserve such vacant or abandoned Property.  Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy of the Property as a principal residence.  If this Security Instrument is on a leasehold, Borrower shall comply with the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and fee title shall not be merged unless Lender agrees to the merger in writing.

Borrower Initials: J-B-

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ FHA  05/01/09                    Page 3 of 9              DocMagic *eForms* 800-649-1362
www.docmagic.com



6. **Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in place of condemnation, are hereby assigned and shall be paid to Lender to the extent of the full amount of the indebtedness that remains unpaid under the Note and this Security Instrument. Lender shall apply such proceeds to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts applied in the order provided in paragraph 3, and then to prepayment of principal. Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments, which are referred to in paragraph 2, or change the amount of such payments. Any excess proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

7. **Charges to Borrower and Protection of Lender's Rights in the Property.** Borrower shall pay all governmental or municipal charges, fines and impositions that are not included in paragraph 2. Borrower shall pay these obligations on time directly to the entity which is owed the payment. If failure to pay would adversely affect Lender's interest in the Property, upon Lender's request Borrower shall promptly furnish to Lender receipts evidencing these payments.

If Borrower fails to make these payments or the payments required by paragraph 2, or fails to perform any other covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, for condemnation or to enforce laws or regulations), then Lender may do and pay whatever is necessary to protect the value of the Property and Lender's rights in the Property, including payment of taxes, hazard insurance and other items mentioned in paragraph 2.

Any amounts disbursed by Lender under this paragraph shall become an additional debt of Borrower and be secured by this Security Instrument. These amounts shall bear interest from the date of disbursement at the Note rate, and at the option of Lender shall be immediately due and payable.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice.

8. **Fees.** Lender may collect fees and charges authorized by the Secretary.

9. **Grounds for Acceleration of Debt.**
   (a) **Default.** Lender may, except as limited by regulations issued by the Secretary in the case of payment defaults, require immediate payment in full of all sums secured by this Security Instrument if:
      (i) Borrower defaults by failing to pay in full any monthly payment required by this Security Instrument prior to or on the due date of the next monthly payment, or
      (ii) Borrower defaults by failing, for a period of thirty days, to perform any other obligations contained in this Security Instrument.
   (b) **Sale Without Credit Approval.** Lender shall, if permitted by applicable law (including section 341(d) of the Garn-St Germain Depository Institutions Act of 1982, 12 U.S.C. 1701j-3(d)) and with the prior approval of the Secretary, require immediate payment in full of all sums secured by this Security Instrument if:
      (i) All or part of the Property, or a beneficial interest in a trust owning all or part of the Property, is sold or otherwise transferred (other than by devise or descent), and
      (ii) The Property is not occupied by the purchaser or grantee as his or her principal residence, or the purchaser or grantee does so occupy the Property, but his or her credit has not been approved in accordance with the requirements of the Secretary.
   (c) **No Waiver.** If circumstances occur that would permit Lender to require immediate payment in full, but Lender does not require such payments, Lender does not waive its rights with respect to subsequent events.
   (d) **Regulations of HUD Secretary.** In many circumstances regulations issued by the Secretary will limit Lender's rights, in the case of payment defaults, to require immediate payment in full and foreclose if not

Borrower Initials: J. B.

paid. This Security Instrument does not authorize acceleration or foreclosure if not permitted by regulations of the Secretary.

(e) **Mortgage Not Insured.** Borrower agrees that if this Security Instrument and the Note are not determined to be eligible for insurance under the National Housing Act within     60 DAYS from the date hereof, Lender may, at its option require immediate payment in full of all sums secured by this Security Instrument. A written statement of any authorized agent of the Secretary dated subsequent to      60 DAYS                          from the date hereof, declining to insure this Security Instrument and the Note, shall be deemed conclusive proof of such ineligibility. Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender's failure to remit a mortgage insurance premium to the Secretary.

10. **Reinstatement.** Borrower has a right to be reinstated if Lender has required immediate payment in full because of Borrower's failure to pay an amount due under the Note or this Security Instrument. This right applies even after foreclosure proceedings are instituted. To reinstate the Security Instrument, Borrower shall tender in a lump sum all amounts required to bring Borrower's account current including, to the extent they are obligations of Borrower under this Security Instrument, foreclosure costs and reasonable and customary attorneys' fees and expenses properly associated with the foreclosure proceeding. Upon reinstatement by Borrower, this Security Instrument and the obligations that it secures shall remain in effect as if Lender had not required immediate payment in full. However, Lender is not required to permit reinstatement if: (i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two years immediately preceding the commencement of a current foreclosure proceeding, (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the lien created by this Security Instrument.

11. **Borrower Not Released; Forbearance by Lender Not a Waiver.** Extension of the time of payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

12. **Successors and Assigns Bound; Joint and Several Liability; Co-Signers.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 9(b). Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs this Security Instrument but does not execute the Note: (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent.

13. **Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph.

14. **Governing Law; Severability.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable.

15. **Borrower's Copy.** Borrower shall be given one conformed copy of the Note and of this Security Instrument.

16. **Hazardous Substances.** Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any Environmental Law. The preceding two sentences shall not apply

Borrower Initials: **J. B.**

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ.FHA  05/01/09                                Page 5 of 9                        DocMagic *e*Forms 800-649-1362
www.docmagic.com

7

to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any Hazardous Substances affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law.

As used in this paragraph 16, "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances:  gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials.  As used in this paragraph 16, "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

**NON-UNIFORM COVENANTS.** Borrower and Lender further covenant and agree as follows:

**17. Assignment of Rents.** Borrower unconditionally assigns and transfers to Lender all the rents and revenues of the Property.  Borrower authorizes Lender or Lender's agents to collect the rents and revenues and hereby directs each tenant of the Property to pay the rents to Lender or Lender's agents.  However, prior to Lender's notice to Borrower of Borrower's breach of any covenant or agreement in the Security Instrument, Borrower shall collect and receive all rents and revenues of the Property as trustee for the benefit of Lender and Borrower.  This assignment of rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower:  (a) all rents received by Borrower shall be held by Borrower as trustee for benefit of Lender only, to be applied to the sums secured by the Security Instrument; (b) Lender shall be entitled to collect and receive all of the rents of the Property; and (c) each tenant of the Property shall pay all rents due and unpaid to Lender or Lender's agent on Lender's written demand to the tenant.

Borrower has not executed any prior assignment of the rents and has not and will not perform any act that would prevent Lender from exercising its rights under this paragraph 17.

Lender shall not be required to enter upon, take control of or maintain the Property before or after giving notice of breach to Borrower.  However, Lender or a judicially appointed receiver may do so at any time there is a breach. Any application of rents shall not cure or waive any default or invalidate any other right or remedy of Lender.  This assignment of rents of the Property shall terminate when the debt secured by the Security Instrument is paid in full.

**18. Foreclosure Procedure.  If Lender requires immediate payment in full under paragraph 9, Lender may invoke the power of sale and any other remedies permitted by applicable law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this paragraph 18, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

**If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold.  Trustee shall cause this notice to be recorded in each county in which any part of the Property is located.  Lender or Trustee shall mail copies of the notice as prescribed by applicable law to Borrower and to the other persons prescribed by applicable law.  Trustee shall give public notice of sale to the persons and in the manner prescribed by applicable law.  After the time required by applicable law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines.  Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.**

**Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied.  The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein.  Trustee shall apply the proceeds of the sale in the following order:  (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.**

**If the Lender's interest in this Security Instrument is held by the Secretary and the Secretary requires immediate payment in full under paragraph 9, the Secretary may invoke the nonjudicial power of sale provided**

Borrower Initials: J. B.

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ FHA  05/01/09                               Page 6 of 9                     DocMagic eForms 800-649-1362
www.docmagic.com



in the Single Family Mortgage Foreclosure Act of 1994 ("Act") (12 U.S.C. 3751 et seq.) by requesting a foreclosure commissioner designated under the Act to commence foreclosure and to sell the Property as provided in the Act. Nothing in the preceding sentence shall deprive the Secretary of any rights otherwise available to a Lender under this paragraph 18 or applicable law.

19. Reconveyance. Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under applicable law. If the fee charged does not exceed the fee set by applicable law, the fee is conclusively presumed to be reasonable.

20. Substitute Trustee. Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

21. Statement of Obligation Fee. Lender may collect a fee not to exceed the maximum amount permitted by applicable law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

22. Riders to this Security Instrument. If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box(es)].

| | | |
|---|---|---|
| ☐ Condominium Rider | ☐ Graduated Payment Rider | ☐ Growing Equity Rider |
| ☐ Planned Unit Development Rider | ☐ Adjustable Rate Rider | ☒ Rehabilitation Loan Rider |
| ☐ Non-Owner Occupancy Rider | ☐ Other [Specify] | |

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Borrower Initials: J.B.

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ.FHA  05/01/09                                    Page 7 of 9                          DocMagic eForms 800-649-1362
www.docmagic.com

9

BY SIGNING BELOW, Borrower accepts and agrees to the terms contained in pages 1 through 9 of this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to Borrower at the address set forth above.

_____ (Seal)                    _____ (Seal)
JUAN BORRELL          -Borrower                                          -Borrower


_____ (Seal)                    _____ (Seal)
                      -Borrower                                          -Borrower


_____ (Seal)                    _____ (Seal)
                      -Borrower                                          -Borrower


Witness:                              Witness:


_____              _____


FHA CALIFORNIA DEED OF TRUST - MERS                                              DocMagic €₱₨₩₥₦ 800-649-1362
CADOTZ.FHA  05/01/09                          Page 8 of 9                         www.docmagic.com

*/8*

——————————————————— [Space Below This Line For Acknowledgment] ———————————————————

State of California                  )
                                   } ss.

County of LOS ANGELES _____ )

On May 20, 2009 _____ before me, *Hector Castillo, notary public*

personally appeared JUAN BORRELL _____

_____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal

_____
NOTARY SIGNATURE

*HECTOR CASTILLO*
(Typed Name of Notary)

NOTARY SEAL

HECTOR CASTILLO
Commission # 1681812
Notary Public - California
Los Angeles County
My Comm. Expires Jul 16, 2010

FHA CALIFORNIA DEED OF TRUST - MERS
CADOTZ.FHA  05/01/09                  Page 9 of 9               DocMagic *Phone* 800-649-1362
www.docmagic.com

Loan Number: ████████████

Date: MAY 20, 2009

Property Address: 15228 SOUTH BUTLER AVENUE
COMPTON, CALIFORNIA 90221

## EXHIBIT "A"

## LEGAL DESCRIPTION

A.P.N. # : 6180-010-025

DocMagic *Magic* 800-649-1362
www.docmagic.com

Exhibit "A"

LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Los Angeles, State of California, described as follows:

THAT PORTION OF LOT(S) 4 IN RANGE 7 OF TEMPLE AND GIBSON TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2 PAGE(S) 540 AND 541 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WESTERLY LINE OF WHITE AVENUE, 25 FEET WIDE, AS SHOWN ON MAP OF TRACT NO. 6743, RECORDED IN BOOK 74 PAGE(S) 1 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT SOUTH 2°41'29" EAST 635.12 FEET FROM THE NORTHWESTERLY CORNER OF SAID TRACT NO. 6743, THENCE PARALLEL WITH THE CENTERLINE OF COMPTON BOULEVARD (FORMERLY LEMON STREET), AS SHOWN ON SAID MAP OF TRACT NO. 6743, SOUTH 89°49'31" WEST 278.02 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING PARALLEL WITH SAID CENTER LINE SOUTH 89°49'31" WEST 277.02 FEET; THENCE PARALLEL WITH THE SAID WESTERLY LINE OF WHITE AVENUE, SOUTH 2°41'29" EAST 40 FEET; THENCE PARALLEL WITH SAID CENTER LINE NORTH 89°49'31" EAST 277.02 FEET; THENCE NORTH 2°41'29" WEST 40 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED SEPTEMBER 20, 1971 AS INSTRUMENT NO. 161, IN BOOK D5196 PAGE(S) 62, OFFICIAL RECORDS.

APN: 6180-010-025

EXHIBIT  2

MIN: ▮▮▮▮▮▮▮              **NOTE**       Loan Number: ▮▮▮▮▮▮▮

> FHA CASE NO.
>
> ▮▮▮▮▮▮▮

MAY 20, 2009           SCOTTSDALE              ARIZONA
[Date]                 [City]                  [State]

15228 SOUTH BUTLER AVENUE, COMPTON, CALIFORNIA 90221
[Property Address]

## 1.  PARTIES

"Borrower" means each person signing at the end of this Note, and the person's successors and assigns.
"Lender" means SIMPLE AS THAT IMORTGAGE.COM, INC, A DELAWARE
CORPORATION (CFL # 603C931)                          and its successors and assigns.

## 2.  BORROWER'S PROMISE TO PAY; INTEREST

In return for a loan received from Lender, Borrower promises to pay the principal sum of
TWO HUNDRED TEN THOUSAND EIGHT HUNDRED FIFTY-SIX AND 00/100
Dollars (U.S.$ 210,856.00         ), plus interest, to the order of Lender. Interest will be charged on unpaid
principal, from the date of disbursement of the loan proceeds by Lender, at the rate of FIVE AND
375/1000                             percent (       5.375 %) per year until the full
amount of principal has been paid.

## 3.  PROMISE TO PAY SECURED

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated
the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from
losses which might result if Borrower defaults under this Note.

## 4.  MANNER OF PAYMENT

(A)  **Time**

Borrower shall make a payment of principal and interest to Lender on the first day of each month beginning on
JULY 1, 2009                    . Any principal and interest remaining on the first day of
JUNE, 2039                    , will be due on that date, which is called the "Maturity Date."

(B)  **Place**

Payment shall be made at 4800 N. SCOTTSDALE ROAD, SUITE 3800,
SCOTTSDALE, ARIZONA 85251
or at such other place as Lender may designate in writing by notice to Borrower.

(C)  **Amount**

Each monthly payment of principal and interest will be in the amount of U.S. $ 1,180.73            .
This amount will be part of a larger monthly payment required by the Security Instrument, that shall be applied to
principal, interest and other items in the order described in the Security Instrument.

(D)  **Allonge to this Note for Payment Adjustments**

If an allonge providing for payment adjustments is executed by Borrower together with this Note, the covenants
of the allonge shall be incorporated into and shall amend and supplement the covenants of this Note as if the allonge
were a part of this Note. (Check applicable box.)

☐ Growing Equity Allonge            ☐ Graduated Payment Allonge
☐ Other [specify]

Borrower Initials: _J.B._ _____   _____   _____   _____

CALIFORNIA - FHA FIXED RATE NOTE
CAFHA.NTE 05/01/08                    Page 1 of 4              DocMagic *eForms* 800-549-1362
www.docmagic.com

## 5.  BORROWER'S RIGHT TO PREPAY

Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty, on the first day of any month. Lender shall accept prepayment on other days provided that Borrower pays interest on the amount prepaid for the remainder of the month to the extent required by Lender and permitted by regulations of the Secretary. if Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

## 6.  BORROWER'S FAILURE TO PAY

### (A)   Late Charge for Overdue Payments

If Lender has not received the full monthly payment required by the Security Instrument, as described in Paragraph 4(C) of this Note. by the end of fifteen calendar days after the payment is due, Lender may collect a late charge in the amount of FOUR AND 000/1000                                    percent (     4.000 %) of the overdue amount of each payment.

### (B)   Default

If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance remaining due and all accrued interest. Lender may choose not to exercise this option without waiving its rights in the event of any subsequent default. In many circumstances regulations issued by the Secretary will limit Lender's rights to require immediate payment in full in the case of payment defaults. This Note does not authorize acceleration when not permitted by HUD regulations. As used in this Note, "Secretary" means the Secretary of Housing and Urban Development or his or her designee.

### (C)   Payment of Costs and Expenses

If Lender has required immediate payment in full, as described above, Lender may require Borrower to pay costs and expenses including reasonable and customary attorneys' fees for enforcing this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

## 7.   GROUNDS FOR ACCELERATION OF DEBT

### (A)   Default

Lender may, except as limited by regulations issued by the Secretary in the case of payment defaults, require immediate payment in full of all sums secured by the Security Instrument and due under this Note if:

(i)    Borrower defaults by failing to pay in full any monthly payment required by this Note and the Security Instrument prior to or on the due date of the next monthly payment, or

(ii)   Borrower defaults by failing, for a period of thirty days, to perform any other obligations contained in the Security Instrument securing this Note.

### (B)   Sale Without Credit Approval

Lender shall, if permitted by applicable law (including section 341 (d) of the Garn-St. Germain Depository Institutions Act of 1982, 12 U.S.C. 1701j - 3(d)) and with the prior approval of the Secretary, require immediate payment in full of all the sums due under this Note and secured by the Security Instrument if:

(i)    All or part of the Property, or a beneficial interest in a trust owning all or part of the Property, is sold or otherwise transferred (other than by devise or descent), and

(ii)   The Property is not occupied by the purchaser or grantee as his or her principal residence, or the purchaser or grantee does so occupy the Property, but his or her credit has not been approved in accordance with the requirements of the Secretary.

### (C)   No Waiver

If circumstances occur that would permit Lender to require immediate payment in full, but Lender does not require such payments, Lender does not waive its rights with respect to subsequent events.

### (D)   Regulations of HUD Secretary

In many circumstances regulations issued by the Secretary will limit Lender's rights. in the case of payment defaults, to require immediate payment in full and foreclose if not paid. This Note and the Security Instrument do not authorize acceleration or foreclosure if not permitted by regulations of the Secretary.

Borrower Initials: _J.B._

CALIFORNIA - FHA FIXED RATE NOTE
CAFHA.NTE 05/01/08                                Page 2 of 4                        DocMagic *eForms* 800-649-1362
                                                                                     www.docmagic.com

**(E)  Mortgage Not Insured**

Borrower agrees that if the Security Instrument and this Note are not determined to be eligible for insurance under the National Housing Act within 60 DAYS                                         from the date hereof. Lender may, at its option require immediate payment in full of all sums secured by the Security Instrument. A written statement of any authorized agent of the Secretary dated subsequent to 60 DAYS
from the date hereof, declining to insure the Security Instrument and this Note, shall be deemed conclusive proof of such ineligibility. Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender's failure to remit a mortgage insurance premium to the Secretary.

## 8.  WAIVERS

Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor.  "Presentment" means the right to require Lender to demand payment of amounts due.  "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

## 9.  GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

## 10.  OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed.  Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things.  Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note.  Lender may enforce its rights under this Note against each person individually or against all signatories together.  Any one person signing this Note may be required to pay all of the amounts owed under this Note.

Borrower Initials: _J.B._ _____

DocMagic eForms 800-649-1362
www.docmagic.com

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in pages 1 through 4 of this Note.

_____ (Seal)
JUAN BORRELL                    -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

PAY TO THE ORDER OF

WITHOUT RECOURSE
BANK OF AMERICA, N.A.

BY _Michele Sjolander_
MICHELE SJOLANDER
SENIOR VICE PRESIDENT

PAY TO THE ORDER OF
_____ Bank of America, N.A.
WITHOUT RECOURSE
Simple as that lmortgage.com, Inc.
Name of Lender
_____
Authorized Signature
CARRIE KAISER, Closing Manager
Name and Title

*[Sign Original Only]*

CALIFORNIA - FHA FIXED RATE NOTE
CAFHA.NTE 05/01/08                    Page 4 of 4

DocMagic *eRorms* 800-649-1362
www.docmagic.com

# EXHIBIT  3



**This page is part of your document - DO NOT DISCARD**

## 20111644388





**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**12/06/11 AT 10:06AM**

| | | |
|---|---|---|
| FEES: | | 21.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| PAID: | | 21.00 |



**L E A D S H E E T**



201112060240046



**SEQ:**
**01**

**Daily ERDS**



**THIS FORM IS NOT TO BE DUPLICATED**

E13

E443902

Public Record

Recording Requested By:
**Bank of America**
Prepared By:  Danilo Cuenca
**450 E. Boundary St.**
**Chapin, SC 29036**
**888-603-9011**
When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

DocID#

Property Address:
**15228 S Butler Ave**
**Compton, CA 90221-3659**
CAG-ADT 16482843          11/30/2011

This space for Recorder's use

MIN #:                                      MERS Phone #:  888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP** whose address is **451 7TH ST.SW #B-133, WASHINGTON DC 20410** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | **SIMPLE AS THE 1MORTGAGE.COM, INC, A DELAWARE CORPORATION** |
| Original Borrower(s): | **JUAN BORRELL, A SINGLE MAN** |
| Original Trustee: | **FIRST AMERICAN TITLE COMPANY** |
| Date of Deed of Trust: | 5/20/2009 |
| Original Loan Amount: | $210,856.00 |

Recorded in Los Angeles County, CA on: 5/28/2009, book N/A, page N/A and instrument number 20090792487

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
<u>NOV 3 0 2011</u>

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: ~~Barbara Nord Assistant Secretary~~

State of California
County of Ventura

On **NOV 30 2011** before me, **L A Llanos**, Notary Public, personally appeared
_Barbara Noel_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: **L A Llanos**
My Commission Expires: _1-14-15_

L. A. LLANOS
Commission # 1921705
Notary Public - California
Los Angeles County
My Comm. Expires Jan 14, 2015
(Seal)

DocID#



**This page is part of your document - DO NOT DISCARD**

## 20131124416



Pages:
0002

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**07/31/13 AT 11:14AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**



201307310860090



**SEQ:
01**

**DAR - Mail (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

Recording Requested By:
**Bank of America, N.A.**
Prepared By: **Marcus Jones**
**16001 N. Dallas Pkwy**
**Addison, TX 75001**

When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**



DocID#
Property Address:
**15228 S Butler Ave**
**Compton, CA 90221-3659**
CA0-ADT 25642027  6/18/2013  NS0603E



This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **NATIONSTAR MORTGAGE, LLC** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TX 75067** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:          **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR SIMPLE AS THE IMORTGAGE.COM, INC, A DELAWARE CORPORATION**

Original Borrower(s):    **JUAN BORRELL, A SINGLE MAN**

Original Trustee:         **FIRST AMERICAN TITLE COMPANY**

Date of Deed of Trust:   **5/20/2009**

Original Loan Amount:   **$210,856.00**

Recorded in Los Angeles County, CA on: 5/28/2009, book N/A, page N/A and instrument number 20090792487

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
6-18-13

**Bank of America, N.A.**

By: _____
Sohaib Shaikh
Assistant Vice President

State of TX, County of _Dallas_

On **JUN 1 8 2013**, before me, _Jacqueline Sala Grajales_, a Notary Public, personally appeared _____Sohaib Shaikh_____, **Assistant Vice President** of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_Jacqueline Sala Grajales_
Notary Public: _Jacqueline Sala Grajales_
My Commission Expires: _3-1-16_

JACQUELINE SALA-GRAJALES
Notary Public, State of Texas
My Commission Expires
03/01/2016

# EXHIBIT  4

*Copy of Document Recorded at*
**Los Angeles, CA** *County Recorder*
**20170475512** *BK:    PG:*
**04/28/2017**    *has not been compared with
original. Original will be returned when
process has been completed.*

*Fee: 34.00 DTT: 0.00*
*Total: 34.00*

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO**
Title365
**AZTEC FORECLOSURE CORPORATION**
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012

---

**Space above this line for recorder's use only**

APN # 6180-010-025
Property Address: 15226 South Butler Avenue, Compton, CA 90221
Trustee Sale No. 17-004986CXE  Title Order No. 730-1703543-70

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO**

**TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP**

**LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU
NÀY**

PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE
IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES
PROVIDED TO THE TRUSTOR

## NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

### IMPORTANT NOTICE

# IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

The amount is $80,010.14 as of 04/26/17 and will increase until your account becomes current.

T.S. #: 17-004986CXE
ORDER #: 730-1703543-70
Notice of Default - Aztec

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of the property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

> Nationstar Mortgage LLC
> C/O Aztec Foreclosure Corporation, 3636 N.
> Central Ave., Suite #400, Phoenix, AZ 85012,
> (602) 638-5700 or (877) 257-0717.

If you have any questions, you should contact a lawyer or the governmental agency, which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION

NOTICE IS HEREBY GIVEN THAT: Aztec Foreclosure Corporation is the duly appointed Substituted Trustee, or acting as agent for the beneficiary or trustee under a Deed of Trust dated 05/20/09, executed by Juan Borrell, a single man, as trustor(s), to secure obligations in favor of Mortgage Electronic Registration Systems, Inc., solely as Nominee for Simple as That IMortgage.com, Inc., A Delaware Corporation, as Beneficiary recorded on May 28, 2009 in Instrument No. 20090792487 of official records in the Office of the Recorder of LOS ANGELES County, California, as more fully described on said Deed of Trust.

T.S. #: 17-004986CXE
ORDER #: 730-1703543-70
Notice of Default - Aztec

Including the Note(s) for the sum of <u>$210,856.00</u> that the beneficial interest under said
Deed of Trust and the obligations secured thereby are presently held by the beneficiary;
that a breach of, and default in, the obligations for which said Deed of Trust is security
has occurred in that the payment has not been made of:

THE INSTALLMENT OF PRINCIPAL AND/OR INTEREST WHICH BECAME DUE 08/01/13
AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND/OR INTEREST, TOGETHER
WITH LATE CHARGES, IMPOUNDS, INSURANCE PREMIUMS AND/OR OTHER
ADVANCES, TAXES, DELINQUENT PAYMENTS ON SENIOR LIENS, ASSESSMENTS,
ATTORNEY'S FEES AND/OR TRUSTEE'S FEES, IF ANY, AND COURT RELATED COSTS
ARISING FROM THE BENEFICIARY'S PROTECTION OF ITS SECURITY, AND ANY OTHER
FEES AND COSTS PERMITTED UNDER THE DEED OF TRUST, PROMISSORY NOTE, AND
RELATED DOCUMENTS AND ALL OF WHICH MUST BE CURED AS A CONDITION OF
REINSTATEMENT.

That by reason thereof, the present Beneficiary under such Deed of Trust has deposited
with Aztec Foreclosure Corporation, a true and correct copy of such Deed of Trust and
all documents evidencing the obligations secured thereby, and has declared and does
hereby declare all sums secured thereby immediately due and payable and has elected
and does hereby elect to cause the trust property to be sold to satisfy the obligations
secured thereby.

Where required by law, a declaration pursuant to California Civil Code Section 2923.5 or
2923.55 is attached to this notice.

DATE: 4/22/17

AZTEC FORECLOSURE CORPORATION
As Trustee or acting as Agent for the beneficiary

Karl Sheehan
Assistant Secretary / Assistant Vice President

## Declaration of Mortgage Servicer Pursuant to
## Civil Code §2923.55(c)

Borrower(s):          JUAN BORRELL
Mortgage Servicer:     NATIONSTAR MORTGAGE LLC.
Property Address:     15228 SOUTH BUTLER AVENUE, COMPTON,  CA 90221
T.S. No:

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☐ The mortgage servicer has contacted the borrower pursuant to California Civil Code §2923.55(b)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ☒ The mortgage servicer has tried with due diligence to contact the borrower as required by California Civil Code §2923.55(f), but has not made contact despite such due diligence. Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual(s) identified above did not meet the definition of "borrower" pursuant to subdivision (c) of California Civil Code §2920.5.

    ☐ An individual who has surrendered the secured property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, beneficiary, or authorized agent.

    ☐ An individual who has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries.

    ☐ An individual who has filed a case under Chapter 7, 11, 12, or 13 of Title 11 of the United States Code and the bankruptcy court has not entered an order closing or dismissing the bankruptcy case, or granting relief from a stay of foreclosure.

4. ☐ The requirements of California Civil Code §2923.55 do not apply because the loan encumbering the above-referenced property is not secured by a first lien mortgage or first lien deed of trust that secures a loan, or that encumbers real property, described in California Civil Code §2924.15(a).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.


NATIONSTAR MORTGAGE LLC.
Mortgage Servicer


Dated: _9|5|13_             By: _C. Smith_  9/5/13
                                   Name (Print): _Cornel Smith_
                                       Assistant Secretary



**This page is part of your document - DO NOT DISCARD**



# 20180945425



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**09/14/18 AT 08:00AM**

| | |
|---|---:|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 108.00 |



**L E A D S H E E T**



201809140270019

00015727402



009342629

**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

E08_180913_6         20

E521952

# FOR REFERENCE ONLY: 20180945425

**RECORDING REQUESTED BY:**
Title365

**AND WHEN RECORDED MAIL TO:**
**Name:** AZTEC Foreclosure Corporation
**Address:** 3636 N. Central Avenue, Suite 400
      Phoenix, AZ 85012

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Notice of Trustee's Sale

TITLE OF DOCUMENT

WHEN RECORDED MAIL TO:

Aztec Foreclosure Corporation
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012

_____

|  |
|---|
| Space above this line for recorder's use only |

Trustee Sale No. 17-004986 CXE
730-1703543-70
APN 6180-010-025

## NOTICE OF TRUSTEE'S SALE

_ATTENTION RECORDER:_ THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY – PURSUANT TO CIVIL CODE SECTION 2923.3(a)

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO**
**TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP**
**LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY**

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/20/09. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On <u>10/10/18</u> at <u>9:00 A.M.</u>, **Aztec Foreclosure Corporation** as the duly appointed Trustee under and pursuant to the power of sale contained in that certain Deed of Trust executed by **Juan Borrell, a single man**, as Trustor(s), in favor of Mortgage Electronic Registration Systems, Inc., solely as Nominee for Simple as That IMortgage.com, Inc., A Delaware Corporation, as Beneficiary, <u>Recorded on 05/28/09</u> in Instrument No. 20090792487 of official records in the Office of the county recorder of <u>LOS ANGELES</u> County, California; **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH** (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state), **Doubletree Hotel (Vineyard Ballroom) Los Angeles-Norwalk, 13111 Sycamore Drive, Norwalk, CA 90650**, all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California described as:
**15228 SOUTH BUTLER AVENUE, COMPTON, CA 90221**

The property heretofore described is being sold "as is".

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:
**$275,883.93** (Estimated)

Accrued interest and additional advances, if any, will increase this figure prior to sale.

Notice of Trustee's Sale
T.S. #:  17-004986 CXE
ORDER #:     730-1703543-70

The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call or visit the Internet Web site, using the file number assigned to this case 17-004986. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

| www.Auction.com or call (800) 280-2832 | Or | Aztec Foreclosure Corporation (877) 257-0717 www.aztectrustee.com |
|---|---|---|

DATE:    9-12-18

AZTEC FORECLOSURE CORPORATION

Elaine Malone
Assistant Secretary / Assistant Vice President
Aztec Foreclosure Corporation
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
Phone: (877) 257-0717 or (602) 638-5700
Fax:  (602) 638-5748
www.aztectrustee.com

# EXHIBIT 5

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-15226-NB

*Date filed:* 03/19/2014
*Date terminated:* 11/14/2014
*Debtor dismissed:* 09/09/2014
*341 meeting:* 05/09/2014

*Assigned to:* Neil W. Bason
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Antonia Flores**
15228 S Butler Ave
Compton, CA 90221
LOS ANGELES-CA
562-481-5586
SSN / ITIN: xxx-xx-6460

represented by **Antonia Flores**
PRO SE

**Trustee**
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 03/19/2014 | [1](#)<br>(10 pgs; 3 docs) | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Antonia Flores Schedule A due 4/2/2014. Schedule B due 4/2/2014. Schedule C due 4/2/2014. Schedule D due 4/2/2014. Schedule E due 4/2/2014. Schedule F due 4/2/2014. Schedule G due 4/2/2014. Schedule H due 4/2/2014. Schedule I due 4/2/2014. Schedule J due 4/2/2014. Statement of Financial Affairs due 4/2/2014. Chapter 13 Plan due by 4/2/2014. Statement - Form 22C Due: 4/2/2014.Statement of Related Case due 4/2/2014. Notice of available chapters due 4/2/2014. Statement of assistance of non-attorney due 4/2/2014. Summary of schedules due 4/2/2014. Declaration concerning debtors schedules due 4/2/2014. Statistical Summary due 4/2/2014. Debtor Certification of Employment Income due by 4/2/2014. Section 316 Incomplete Filings due 05/05/2014. |

| | | Incomplete filing due by 4/2/2014. (Ghaltchi, Dina) (Entered: 03/19/2014) |
|---|---|---|
| 03/19/2014 | [2](#)<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 05/02/2014 at 10:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 05/29/2014 at 09:00 AM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 07/31/2014. (Ghaltchi, Dina) (Entered: 03/19/2014) |
| 03/19/2014 | [3](#) | Statement of Social Security Number(s) Form B21 Filed by Debtor Antonia Flores . (Ghaltchi, Dina) (Entered: 03/19/2014) |
| 03/19/2014 | [4](#)<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Antonia Flores . (Ghaltchi, Dina) (Entered: 03/19/2014) |
| 03/19/2014 | | Receipt of Chapter 13 Filing Fee - $281.00 by 12. Receipt Number 20179402. (admin) (Entered: 03/20/2014) |
| 03/21/2014 | [5](#)<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 6. Notice Date 03/21/2014. (Admin.) (Entered: 03/21/2014) |
| 03/21/2014 | [6](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 03/21/2014. (Admin.) (Entered: 03/21/2014) |
| 03/21/2014 | [7](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 03/21/2014. (Admin.) (Entered: 03/21/2014) |
| 04/02/2014 | [8](#)<br>(8 pgs) | Chapter 13 Plan Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Chapter 13 Voluntary Petition (Walter, Earnestine) (Entered: 04/04/2014) |
| 04/02/2014 | [9](#)<br>(42 pgs) | Statement of related cases , Notice of available chapters , Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Declaration concerning debtor's schedules , Statement of Financial Affairs , Debtor's Certification of Employment Income , Chapter 13 Statement of Current Monthly and Disposable Income Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Walter, Earnestine) (Entered: 04/04/2014) |
| 04/04/2014 | [10](#)<br>(11 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Antonia Flores . (Ghaltchi, Dina) (Entered: 04/08/2014) |

| | | |
|---|---|---|
| 04/25/2014 | [11](#)<br>(4 pgs) | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Antonia Flores . (Huerta, Gabriela) (Entered: 04/30/2014) |
| 05/07/2014 | 12 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by. 341(a) Meeting Continued to 5/9/2014 at 11:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor,, Los Angeles, CA 90017. (Dockery (TR), Kathy) (Entered: 05/07/2014) |
| 05/09/2014 | [13](#)<br>(18 pgs) | Amending Schedules (D) (F) , Summary of Schedules , Statistical Summary of Certain Liabilities, Schedule B , Schedule C , Statement of Financial Affairs Filed by Debtor Antonia Flores . (Walter, Earnestine) (Entered: 05/12/2014) |
| 05/09/2014 | | Receipt of Amendment Filing Fee - $30.00 by 37. Receipt Number 20181473. (admin) (Entered: 05/12/2014) |
| 05/14/2014 | [14](#)<br>(1 pg) | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 05/14/2014) |
| 05/14/2014 | [15](#)<br>(8 pgs) | Objection to Confirmation of Chapter 13 Plan . (Dockery (TR), Kathy) (Entered: 05/14/2014) |
| 06/18/2014 | [16](#)<br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 06/18/2014) |
| 06/21/2014 | [17](#)<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)[16](#) Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 06/21/2014. (Admin.) (Entered: 06/21/2014) |
| 06/26/2014 | [18](#)<br>(1 pg) | Personal Financial Management Course Certificate for Debtor (Geving, Allison) (Entered: 06/26/2014) |
| 07/01/2014 | [19](#)<br>(1 pg) | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 07/01/2014) |
| 08/07/2014 | [20](#)<br>(1 pg) | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 08/07/2014) |
| 08/22/2014 | [21](#)<br>(40 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 15228 South Butler Avenue Compton, California 90221 . Fee Amount $176, Filed by Creditor Nationstar Mortgage, LLC (Attachments: # [1](#) Exhibit 1-4) (Garibyan, Joseph) (Entered: 08/22/2014) |

| 08/22/2014 | | Receipt of Motion for Relief from Stay - Real Property(2:14-bk-15226-NB) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 37841777. Fee amount 176.00. (re: Doc# 21) (U.S. Treasury) (Entered: 08/22/2014) |
| 08/22/2014 | 22 | Hearing Set (RE: related document(s)21 Motion for Relief from Stay - Real Property filed by Creditor Nationstar Mortgage, LLC) The Hearing date is set for 9/16/2014 at 10:00 AM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. The case judge is Neil W. Bason (Sumlin, Sharon E.) (Entered: 08/22/2014) |
| 09/09/2014 | 23 (1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (RE: related document(s)2 Meeting (AutoAssign Chapter 13), 12 Continuance of Meeting of Creditors (Rule 2003(e)) (by Trustee/US Trustee - No PDF)) (Vandensteen, Nancy) (Entered: 09/09/2014) |
| 09/11/2014 | 24 (2 pgs) | BNC Certificate of Notice (RE: related document(s)23 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 9. Notice Date 09/11/2014. (Admin.) (Entered: 09/11/2014) |
| 09/17/2014 | 25 (5 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Dockery (TR), Kathy) (Entered: 09/17/2014) |
| 09/19/2014 | 26 (3 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 21 ) Signed on 9/19/2014 (Huerta, Gabriela) (Entered: 09/19/2014) |
| 09/21/2014 | 27 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)26 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 09/21/2014. (Admin.) (Entered: 09/21/2014) |
| 11/12/2014 | 28 (1 pg) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by. (Dockery (TR), Kathy) (Entered: 11/12/2014) |
| 11/12/2014 | 29 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Dockery (TR), Kathy) (Entered: 11/12/2014) |
| 11/12/2014 | 30 (1 pg) | Proof of service Filed by (RE: related document(s)29 Chapter 13 Trustee's Final Report and Account (batch)). (Dockery (TR), Kathy) (Entered: 11/12/2014) |
| 11/14/2014 | 31 (1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 11/14/2014. (Huerta, Gabriela) (Entered: 11/14/2014) |

| 11/14/2014 | 32 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)21 Motion for Relief from Stay - Real Property filed by Creditor Nationstar Mortgage, LLC) (Vandensteen, Nancy) (Entered: 11/14/2014) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2017 11:47:33 | | | |
| **PACER Login:** | capacer1:4148492:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-bk-15226-NB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT  6

CM/ECF - California Central District

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-33664-WB

*Date filed:* 12/26/2014
*Date terminated:* 05/01/2015
*Debtor dismissed:* 03/27/2015
*341 meeting:* 02/10/2015

*Assigned to:* Julia W. Brand
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Antonia Flores**
15228 S Butler Ave
Compton, CA 90221
LOS ANGELES-CA
562-481-5586
SSN / ITIN: xxx-xx-6460

represented by **Antonia Flores**
PRO SE

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 12/26/2014 | [1](#)<br>(10 pgs; 3 docs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Antonia Flores Summary of Schedules (Form B6 Pg 1) due 1/9/2015. Schedule A (Form B6A) due 1/9/2015. Schedule B (Form B6B) due 1/9/2015. Schedule C (Form B6C) due 1/9/2015. Schedule D (Form B6D) due 1/9/2015. Schedule E (Form B6E) due 1/9/2015. Schedule F (Form B6F) due 1/9/2015. Schedule G (Form B6G) due 1/9/2015. Schedule H (Form B6H) due 1/9/2015. Schedule I (Form B6I) due 1/9/2015. Schedule J (Form B6J) due 1/9/2015. Declaration Concerning Debtors Schedules (Form B6) due 1/9/2015. Statement of Financial Affairs (Form B7) due 1/9/2015. Chapter 13 Plan (LBR F3015-1) due by 1/9/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 1/9/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) |

| | | |
|---|---|---|
| | | Due 1/9/2015. Statement of Related Cases due 1/9/2015. Notice of Available Chapters (Form B201) due 1/9/2015. Statistical Summary (Form B6 Pg 2) due 1/9/2015. Debtor Certification of Employment Income due by 1/9/2015. Incomplete Filings due by 1/9/2015. (Festejo, Henjie) (Entered: 12/26/2014) |
| 12/26/2014 | 2 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 02/10/2015 at 09:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 03/25/2015 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 05/11/2015. (Festejo, Henjie) (Entered: 12/26/2014) |
| 12/26/2014 | 3 | Statement of Social Security Number(s) (Official Form B21) Filed by Debtor Antonia Flores . (Festejo, Henjie) (Entered: 12/26/2014) |
| 12/26/2014 | 4 (1 pg) | Certificate of Credit Counseling Filed by Debtor Antonia Flores . (Festejo, Henjie) (Entered: 12/26/2014) |
| 12/26/2014 | | Receipt of Chapter 13 Filing Fee - $310.00 by 24. Receipt Number 20190054. (admin) (Entered: 12/29/2014) |
| 12/28/2014 | 5 (3 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 8. Notice Date 12/28/2014. (Admin.) (Entered: 12/28/2014) |
| 12/28/2014 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 12/28/2014. (Admin.) (Entered: 12/28/2014) |
| 12/28/2014 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 12/28/2014. (Admin.) (Entered: 12/28/2014) |
| 12/29/2014 | | Notice of Debtor's Prior Filings for debtor Antonia Flores Case Number 14-15226, Chapter 13 filed in California Central Bankruptcy on 03/19/2014 , Dismissed for Other Reason on 09/09/2014.(Admin) (Entered: 12/29/2014) |
| 01/09/2015 | 8 (8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Antonia Flores (RE: related document(s)1 Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Antonia Flores Summary of Schedules (Form B6 Pg 1) due 1/9/2015. Schedule A (Form B6A) due 1/9/2015. Schedule B (Form B6B) due 1/9/2015. Schedule C (Form B6C) due 1/9/2015. Schedule D (Form B6D) due 1/9/2015. Schedule E (Form B6E) due 1/9/2015. Schedule F (Form B6F) due 1/9/2015. Schedule G (Form B6G) due 1/9/2015. Schedule H (Form B6H) due 1/9/2015. Schedule |

| | | |
|---|---|---|
| | | (Form B6J) due 1/9/2015. Schedule J (Form B6J) due 1/9/2015. Declaration Concerning Debtors Schedules (Form B6) due 1/9/2015. Statement of Financial Affairs (Form B7) due 1/9/2015. Chapter 13 Plan (LBR F3015-1) due by 1/9/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B22C-1) Due: 1/9/2015. Chapter 13 Calculation of Your Disposable Income (Form B22C-2) Due: 1/9/2015.Statement of Related Cases due 1/9/2015. Notice of Available Chapters (Form B201) due 1/9/2015. Statistical Summary (Form B6 Pg 2) due 1/9/2015. Debtor Certification of Employment Income due by 1/9/2015. Incomplete Filings due by 1/9/2015.). (Beauchamp, Sonia) (Entered: 01/12/2015) |
| 01/09/2015 | 9 (39 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Notice of Available Chapters (Notice to Individual Consumer Debtor) (Official Form B201) , Summary of Schedules (Official Form B6 - Pg1) , Statistical Summary of Certain Liabilities (Official Form B6 - Pg2), Schedule A (Official Form B6A) - Real Property , Schedule B (Official Form B6B) - Personal Property , Schedule C (Official Form B6C) - Property Claimed as Exempt , Schedule D (Official Form B6D) - Creditors Holding Secured Claims , Schedule E (Official Form B6E) - Creditors Holding Unsecured Priority Claims , Schedule F (Official Form B6F) - Creditors Holding Unsecured Nonpriority Claims , Schedule G (Official Form B6G) - Executory Contracts and Unexpired Leases , Schedule H (Official Form B6H) - Codebtors , Schedule I (Official Form B6I) - Your Income , Schedule J (Official Form B6J) - Your Expenses , Declaration Concerning Debtor's Schedules (Official Form B6) , Statement of Financial Affairs (Official Form B7) , Debtor's Certification of Employment Income , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 22C-1. Disposable Income Is Not Determined (Official Form 22C-1) , Chapter 13 Calculation of Your Disposable Income (Official Form B22C-2) Filed by Debtor Antonia Flores (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Beauchamp, Sonia) (Entered: 01/12/2015) |
| 01/15/2015 | 10 (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with Proof of Service*. (Curry (TR), Nancy) (Entered: 01/15/2015) |
| 01/22/2015 | 11 (4 pgs) | Debtor's Application for order confirming that loan modification discussion will not violate stay Filed by Debtor Antonia Flores (Beauchamp, Sonia) (Entered: 01/23/2015) |
| 02/02/2015 | 12 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Vigil, Darlene. (Vigil, Darlene) (Entered: 02/02/2015) |
| 02/12/2015 | 13 (5 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service*. (Curry (TR), Nancy) (Entered: 02/12/2015) |

| 02/25/2015 | [14](#)<br>(2 pgs) | Notice of Hearing *Continued meeting of Creditors* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 02/25/2015) |
|---|---|---|
| 02/26/2015 | [15](#)<br>(2 pgs) | Notice of Hearing *Continued meeting of Creditors* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 02/26/2015) |
| 03/11/2015 | [16](#)<br>(13 pgs) | Amended Schedule I (Official Form B6I) - Your Income; Amended Chapter 13 Plan . Filed by Debtor Antonia Flores . (Beauchamp, Sonia) (Entered: 03/12/2015) |
| 03/11/2015 | [17](#)<br>(4 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Antonia Flores . (Beauchamp, Sonia) (Entered: 03/12/2015) |
| 03/11/2015 | [18](#)<br>(4 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Antonia Flores . (Beauchamp, Sonia) (Entered: 03/12/2015) |
| 03/18/2015 | [19](#)<br>(5 pgs) | Objection to Confirmation of Chapter 13 Plan *: Trustee's First Supplemental Objection to Confirmation of Chapter 13 Plan with Proof of Service.* (Curry (TR), Nancy) (Entered: 03/18/2015) |
| 03/27/2015 | [20](#)<br>(1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13)) (Bryant, Sandra R.) (Entered: 03/27/2015) |
| 03/28/2015 | [21](#)<br>(2 pgs) | Notice of Change of Address Filed by Creditor Nationstar Mortgage, LLC.. (Daniels, Michael) (Entered: 03/28/2015) |
| 03/29/2015 | [22](#)<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)[20](#) ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 7. Notice Date 03/29/2015. (Admin.) (Entered: 03/29/2015) |
| 04/13/2015 | [23](#)<br>(4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 04/13/2015) |
| 05/01/2015 | 24 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Kaaumoana, William) (Entered: 05/01/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2017 11:49:12 | | | |
| **PACER Login:** | capacer1:4148492:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-bk-33664-WB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT  7

11/29/2017 Case 2:18-bk-23098-WB    Doc 26-1    Filed 04/12/19    Entered 04/12/19 12:32:24    Desc
CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)
Exhibit 1-10    Page 47 of 72

CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:15-bk-28640-WB

*Date filed:* 12/08/2015
*Date terminated:* 03/03/2017
*Debtor dismissed:* 12/21/2016
*Plan confirmed:* 04/22/2016
*341 meeting:* 01/19/2016

*Assigned to:* Julia W. Brand
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for failure to make plan payments

| | |
|---|---|
| *Debtor* | represented by **Antonia Flores** |
| **Antonia Flores** | PRO SE |
| 15228 S Butler Ave | |
| Compton, CA 90221 | |
| LOS ANGELES-CA | |
| SSN / ITIN: xxx-xx-6460 | |

*Trustee*
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 12/08/2015 | [1](#)<br>(11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Antonia Flores Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 12/22/2015. Schedule A/B: Property (Form 106A/B or 206A/B) due 12/22/2015. Schedule C: The Property You Claim as Exempt (Form 106C) due 12/22/2015. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 12/22/2015. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 12/22/2015. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 12/22/2015. Schedule H: Your Codebtors (Form 106H or 206H) due 12/22/2015. Schedule I: Your Income (Form 106I) due 12/22/2015. Schedule J: Your Expenses (Form 106J) due 12/22/2015. Declaration About an Individual Debtors Schedules (Form 106Dec) due 12/22/2015. Statement of |

| | | |
|---|---|---|
| | | Financial Affairs (Form 107 or 207) due 12/22/2015. Chapter 13 Plan (LBR F3015-1) due by 12/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 12/22/2015. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 12/22/2015. Statement of Related Cases (LBR Form F1015-2) due 12/22/2015. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 12/22/2015. Incomplete Filings due by 12/22/2015. (Serrano, Vera) (Entered: 12/08/2015) |
| 12/08/2015 | [2](#) (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 01/19/2016 at 09:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 02/24/2016 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 04/18/2016. (Serrano, Vera) (Entered: 12/08/2015) |
| 12/08/2015 | [3](#) | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Antonia Flores . (Serrano, Vera) (Entered: 12/08/2015) |
| 12/08/2015 | [4](#) (1 pg) | Certificate of Credit Counseling Filed by Debtor Antonia Flores . (Serrano, Vera) (Entered: 12/08/2015) |
| 12/08/2015 | | Receipt of Chapter 13 Filing Fee - $310.00 by 19. Receipt Number 20202413. (admin) (Entered: 12/09/2015) |
| 12/09/2015 | | Notice of Debtor's Prior Filings for debtor Antonia Flores Case Number [14-33664](#), Chapter 13 filed in California Central Bankruptcy on 12/26/2014 , Dismissed for Other Reason on 03/27/2015; Case Number [14-15226](#), Chapter 13 filed in California Central Bankruptcy on 03/19/2014 , Dismissed for Other Reason on 09/09/2014.(Admin) (Entered: 12/09/2015) |
| 12/10/2015 | [5](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 12/10/2015. (Admin.) (Entered: 12/10/2015) |
| 12/10/2015 | [6](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 12/10/2015. (Admin.) (Entered: 12/10/2015) |
| 12/10/2015 | [7](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 12/10/2015. (Admin.) (Entered: 12/10/2015) |
| 12/22/2015 | [8](#) (8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Chapter 13 Voluntary |

| | | |
|---|---|---|
| | | Petition Individual. Fee Amount $310 Filed by Antonia Flores Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 12/22/2015. Schedule A/B: Property (Form 106A/B or 206A/B) due 12/22/2015. Schedule C: The Property You Claim as Exempt (Form 106C) due 12/22/2015. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 12/22/2015. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 12/22/2015. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 12/22/2015. Schedule H: Your Codebtors (Form 106H or 206H) due 12/22/2015. Schedule I: Your Income (Form 106I) due 12/22/2015. Schedule J: Your Expenses (Form 106J) due 12/22/2015. Declaration About an Individual Debtors Schedules (Form 106Dec) due 12/22/2015. Statement of Financial Affairs (Form 107 or 207) due 12/22/2015. Chapter 13 Plan (LBR F3015-1) due by 12/22/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 12/22/2015. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 12/22/2015. Statement of Related Cases (LBR Form F1015-2) due 12/22/2015. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 12/22/2015. Incomplete Filings due by 12/22/2015.). (Kaaumoana, William) (Entered: 12/23/2015) |
| 12/22/2015 | 9 (41 pgs) | Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years , Disposable Income Is Not Determined (Official Form 122C-1) Filed by Debtor Antonia Flores (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Kaaumoana, William) (Entered: 12/23/2015) |
| 12/23/2015 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) Declaration by Debtors as to Whether |

| | | |
|---|---|---|
| | | Income Was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 12/22/2015. Incomplete Filings due by 12/22/2015. (Kaaumoana, William) (Entered: 12/23/2015) |
| 01/06/2016 | 10 (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with Proof of Service*. (Curry (TR), Nancy) (Entered: 01/06/2016) |
| 01/08/2016 | 11 (4 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Antonia Flores . (Beauchamp (Cheek), Sonia) (Entered: 01/11/2016) |
| 01/08/2016 | 12 (4 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Antonia Flores (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Beauchamp (Cheek), Sonia) (Entered: 01/11/2016) |
| 01/20/2016 | 13 (5 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service*. (Curry (TR), Nancy) (Entered: 01/20/2016) |
| 02/23/2016 | 14 (4 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Antonia Flores . (Beauchamp (Cheek), Sonia) (Entered: 02/24/2016) |
| 02/23/2016 | 15 (5 pgs) | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Antonia Flores . (Beauchamp (Cheek), Sonia) (Entered: 02/24/2016) |
| 02/26/2016 | 17 (5 pgs) | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Antonia Flores . (Kaaumoana, William) (Entered: 02/29/2016) |
| 02/29/2016 | 16 (2 pgs) | Notice of Hearing *continued Confirmation hearing* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 02/29/2016) |
| 03/07/2016 | 18 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 03/07/2016) |
| 03/10/2016 | 19 (4 pgs) | BNC Certificate of Notice (RE: related document(s)18 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 03/10/2016. (Admin.) (Entered: 03/10/2016) |

| 04/13/2016 | [20](#) (5 pgs) | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Antonia Flores . (Beauchamp (Cheek), Sonia) (Entered: 04/14/2016) |
| --- | --- | --- |
| 04/14/2016 | [21](#) (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Geving, Allison) (Entered: 04/14/2016) |
| 04/22/2016 | [22](#) (4 pgs) | Order Confirming Chapter 13 Plan (BNC-PDF) (Related Doc # [8](#) ) Signed on 4/22/2016 (Beauchamp (Cheek), Sonia) (Entered: 04/22/2016) |
| 04/24/2016 | [23](#) (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[22](#) Order Confirming Chapter 13 Plan (BNC-PDF)) No. of Notices: 1. Notice Date 04/24/2016. (Admin.) (Entered: 04/24/2016) |
| 05/03/2016 | [24](#) (2 pgs) | Notice of intent to pay claims *with proof of service*. (Curry (TR), Nancy) (Entered: 05/03/2016) |
| 10/13/2016 | [25](#) (3 pgs) | Trustee's Motion to Dismiss Case *Because of Delinquent Plan Payments*. (Curry (TR), Nancy) (Entered: 10/13/2016) |
| 10/13/2016 | 26 | Hearing Set (RE: related document(s)[25](#) Trustee's Motion to Dismiss Case (batch)) The Hearing date is set for 12/14/2016 at 01:30 PM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Bryant, Sandra R.) (Entered: 10/13/2016) |
| 11/04/2016 | [27](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marth, Angie. (Marth, Angie) (Entered: 11/04/2016) |
| 12/21/2016 | [28](#) (1 pg) | ORDER and Notice of dismissal arising from Motion to dismiss chapter 13 (11 U.S.C. Section 1307) - **Debtor** Dismissed.(BNC) (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 13), [25](#) Trustee's Motion to Dismiss Case (batch)) (Bryant, Sandra R.) (Entered: 12/21/2016) |
| 12/23/2016 | [29](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[28](#) ORDER and Notice of Dismissal arising from Motion to dism Ch 13 (11 U.S.C. Section 1307) (BNC)) No. of Notices: 6. Notice Date 12/23/2016. (Admin.) (Entered: 12/23/2016) |
| 01/19/2017 | [30](#) (6 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 01/19/2017) |
| 02/24/2017 | [31](#) (2 pgs) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) *with proof of service* |

| | | Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 02/24/2017) |
|---|---|---|
| 02/24/2017 | [32](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 02/24/2017) |
| 03/03/2017 | 33 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Kaaumoana, William) (Entered: 03/03/2017) |

<table>
<tr><td colspan="5" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="5" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="5" align="center">11/29/2017 11:50:20</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>capacer1:4148492:0</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:15-bk-28640-WB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>4</td><td><strong>Cost:</strong></td><td>0.40</td></tr>
</table>

# EXHIBIT 8

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:17-bk-21774-WB

*Assigned to:* Julia W. Brand
Chapter 13
Voluntary
Asset

*Date filed:* 09/26/2017
*Date terminated:* 05/17/2018
*Debtor dismissed:* 02/15/2018
*341 meeting:* 10/31/2017

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Antonia Flores**
15228 S Butler Ave
Compton, CA 90221
LOS ANGELES-CA
951 224-4219
SSN / ITIN: xxx-xx-6460

represented by **Antonia Flores**
PRO SE

*Trustee*
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 09/26/2017 | [1](#) <br> (11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Antonia Flores Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/10/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 10/10/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/10/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 10/10/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/10/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/10/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 10/10/2017. Schedule I: Your Income (Form 106I) due 10/10/2017. Schedule J: Your Expenses (Form 106J) due 10/10/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 10/10/2017. Statement of |

| | | financial Affairs (Form 107 or 207) due 10/10/2017. Chapter 13 Plan (LBR F3015-1) due by 10/10/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 10/10/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/10/2017. Statement of Related Cases (LBR Form F1015-2) due 10/10/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/10/2017. Incomplete Filings due by 10/10/2017. (Serrano, Vera) (Entered: 09/26/2017) |
|---|---|---|
| 09/26/2017 | 2 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 10/31/2017 at 10:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 12/13/2017 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 01/29/2018. (Serrano, Vera) (Entered: 09/26/2017) |
| 09/26/2017 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Antonia Flores . (Serrano, Vera) (Entered: 09/26/2017) |
| 09/26/2017 | 4 (1 pg) | Certificate of Credit Counseling Filed by Debtor Antonia Flores . (Serrano, Vera) (Entered: 09/26/2017) |
| 09/26/2017 | | Receipt of Chapter 13 Filing Fee - $310.00 by 19. Receipt Number 20222056. (admin) (Entered: 09/26/2017) |
| 09/27/2017 | | Notice of Debtor's Prior Filings for debtor Antonia Flores Case Number 14-33664, Chapter 13 filed in California Central Bankruptcy on 12/26/2014 , Dismissed for Other Reason on 03/27/2015; Case Number 15-28640, Chapter 13 filed in California Central Bankruptcy on 12/08/2015 , Dismissed for failure to make plan payments on 12/21/2016; Case Number 14-15226, Chapter 13 filed in California Central Bankruptcy on 03/19/2014 , Dismissed for Other Reason on 09/09/2014. (Admin) (Entered: 09/27/2017) |
| 09/28/2017 | 5 (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 5. Notice Date 09/28/2017. (Admin.) (Entered: 09/28/2017) |
| 09/28/2017 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 09/28/2017. (Admin.) (Entered: 09/28/2017) |
| 09/28/2017 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) No. of Notices: 1. Notice Date 09/28/2017. (Admin.) (Entered: 09/28/2017) |

| 10/04/2017 | [8](#)<br>(2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 10/04/2017) |
|---|---|---|
| 10/06/2017 | [9](#)<br>(5 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents); filed by Debtor Antonia Flores (Milano, Sonny) (Entered: 10/06/2017) |
| 10/10/2017 | [10](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marth, Angie. (Marth, Angie) (Entered: 10/10/2017) |
| 10/13/2017 | [11](#)<br>(1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) (BNC-PDF) (Related Doc # [9](#)) Signed on 10/13/2017. (Kaaumoana, William) (Entered: 10/13/2017) |
| 10/15/2017 | [12](#)<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[11](#) Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 10/15/2017. (Admin.) (Entered: 10/15/2017) |
| 10/25/2017 | [13](#)<br>(4 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Jones, Phyllis R.) (Entered: 10/26/2017) |
| 10/25/2017 | [14](#)<br>(8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Antonia Flores Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/10/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 10/10/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/10/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 10/10/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/10/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/10/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 10/10/2017. Schedule I: Your Income (Form 106I) due 10/10/2017. Schedule J: Your Expenses (Form 106J) due 10/10/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 10/10/2017. Statement of Financial Affairs (Form 107 or 207) due 10/10/2017. Chapter 13 Plan (LBR F3015-1) due by 10/10/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 10/10/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/10/2017. Statement of Related Cases (LBR Form F1015-2) due 10/10/2017. Declaration by Debtors as to Whether Income was Received from an |

| | 15<br>(45 pgs) | Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Antonia Flores (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Jones, Phyllis R.) (Entered: 10/26/2017) |
|---|---|---|
| 10/25/2017 | | |
| 11/01/2017 | 16<br>(1 pg) | Chapter 13 Trustee's declaration that debtor failed to appear for examination. (Curry (TR), Nancy) (Entered: 11/01/2017) |
| 12/18/2017 | 17<br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 12/18/2017) |
| 12/19/2017 | 18<br>(2 pgs) | Notice *of Continued §341(a) Meeting of Creditors and Confirmation Hearing Date with Proof of Service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 12/19/2017) |
| 12/21/2017 | 19<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)17 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 12/21/2017. (Admin.) (Entered: 12/21/2017) |
| 01/30/2018 | 20<br>(5 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service.* (Curry (TR), Nancy) (Entered: 01/30/2018) |
| 02/15/2018 | 21<br>(1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores, 2 Meeting (AutoAssign Chapter 13)) (Bryant, Sandra R.) (Entered: 02/15/2018) |
| 02/17/2018 | 22<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)21 ORDER and Notice of Dismissal arising from Ch 13 Conf. |

| | | (Admin.) (Entered: 02/17/2018) |
|---|---|---|
| 04/09/2018 | [23](#) (6 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/09/2018) |
| 05/14/2018 | [24](#) (2 pgs) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 05/14/2018) |
| 05/14/2018 | [25](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 05/14/2018) |
| 05/17/2018 | 26 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Vandensteen, Nancy) (Entered: 05/17/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2019 10:16:38 | | |
| **PACER Login:** | CaPacer1:4148492:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-bk-21774-WB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# EXHIBIT  9

**CLOSED**

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:18-bk-21748-VZ

*Date filed:* 10/05/2018
*Date terminated:* 11/01/2018
*Debtor dismissed:* 10/26/2018
*341 meeting:* 11/08/2018

*Assigned to:* Vincent P. Zurzolo
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Antonia Flores**
15228 S Butler Ave
Compton, CA 90221
LOS ANGELES-CA
562-481-5586
SSN / ITIN: xxx-xx-6460

represented by **Edward A Villalobos**
Law Offices of Edward A
Villalobos
3711 Long Beach Blvd. Ste 806A
Long Beach, CA 90807
562-595-6021
Fax : 562-427-4268
Email: VillalobosBK1@gmail.com

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/05/2018 | 1<br>(17 pgs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Antonia Flores (Villalobos, Edward). Warning: See docket entries no 3 and 4 for corrective actions. Case is deficient for Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 10/19/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/19/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/19/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/19/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 10/12/2018. Schedule I: Your Income (Form 106I) due 10/19/2018. Schedule J: Your Expenses (Form 106J) due 10/19/2018. Statement of Financial Affairs (Form 107 or 207) due 10/19/2018. Chapter 13 Plan (LBR F3015-1) due by 10/19/2018. Chapter 13 Statement of Your Current Monthly Income |

3/28/2019    Case 2:18-bk-23098-WB    Doc 26-1 CM/ECF - U.S. Bankruptcy Court (v6.2 - LIVE)    Entered 04/12/19 12:32:24    Desc
Filed 04/12/19
Exhibit 1-10    Page 61 of 72

| | | |
|---|---|---|
| | | Calculation of Commitment Period (Form 122C-1) Due: 10/19/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/19/2018. Cert. of Credit Counseling due by 10/19/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/19/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/19/2018. Incomplete Filings due by 10/19/2018 Modified on 10/9/2018 (Ly, Lynn). (Entered: 10/05/2018) |
| 10/05/2018 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Antonia Flores. (Villalobos, Edward) (Entered: 10/05/2018) |
| 10/05/2018 | | Receipt of Voluntary Petition (Chapter 13)(2:18-bk-21748) [misc,volp13] ( 310.00) Filing Fee. Receipt number 47832704. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 10/05/2018) |
| 10/05/2018 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/19/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/19/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/19/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/19/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 10/12/2018. Schedule I: Your Income (Form 106I) due 10/19/2018. Schedule J: Your Expenses (Form 106J) due 10/19/2018. Statement of Financial Affairs (Form 107 or 207) due 10/19/2018. Chapter 13 Plan (LBR F3015-1) due by 10/19/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 10/19/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/19/2018. Incomplete Filings due by 10/19/2018. (Ly, Lynn) (Entered: 10/09/2018) |
| 10/05/2018 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) Cert. of Credit Counseling due by 10/19/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/19/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/19/2018. (Ly, Lynn) (Entered: 10/09/2018) |
| 10/08/2018 | | Notice of Debtor's Prior Filings for debtor Antonia Flores Case Number 14-33664, Chapter 13 filed in California Central Bankruptcy on 12/26/2014 , Dismissed for Other Reason on 03/27/2015; Case Number 15-28640, Chapter 13 filed in California Central Bankruptcy on 12/08/2015 , Dismissed for failure to make plan payments on 12/21/2016; Case Number 14-15226, Chapter 13 filed in California Central Bankruptcy on 03/19/2014 , Dismissed for Other Reason on 09/09/2014; Case Number 17-21774, Chapter 13 filed in California Central Bankruptcy on 09/26/2017 , Dismissed for Other Reason on 02/15/2018.(Admin) (Entered: 10/08/2018) |

| | | |
|---|---|---|
| 10/09/2018 | [3](#) <br> (1 pg) | Case Commencement Deficiency Notice (BNC) . Case is deficient for Cert. of Credit Counseling due by 10/19/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/19/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/19/2018. (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) (Ly, Lynn) (Entered: 10/09/2018) |
| 10/09/2018 | [4](#) <br> (1 pg) | ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (BNC) Case also deficient for Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/19/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/19/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/19/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/19/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 10/12/2018. Schedule I: Your Income (Form 106I) due 10/19/2018. Schedule J: Your Expenses (Form 106J) due 10/19/2018. Statement of Financial Affairs (Form 107 or 207) due 10/19/2018. Chapter 13 Plan (LBR F3015-1) due by 10/19/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 10/19/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/19/2018. (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores) (Ly, Lynn) (Entered: 10/09/2018) |
| 10/10/2018 | [5](#) <br> (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 11/08/2018 at 10:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 11/18/2019 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 12/14/2018. (admin, ) (Entered: 10/10/2018) |
| 10/10/2018 | [6](#) <br> (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marth, Angie. (Marth, Angie) (Entered: 10/10/2018) |
| 10/11/2018 | [7](#) <br> (2 pgs) | BNC Certificate of Notice (RE: related document(s)[3](#) Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 10/11/2018. (Admin.) (Entered: 10/11/2018) |
| 10/11/2018 | [8](#) <br> (2 pgs) | BNC Certificate of Notice (RE: related document(s)[4](#) ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 1. Notice Date 10/11/2018. (Admin.) (Entered: 10/11/2018) |
| 10/12/2018 | [9](#) <br> (4 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 6. Notice Date 10/12/2018. (Admin.) (Entered: 10/12/2018) |
| 10/16/2018 | [10](#) <br> (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 10/16/2018) |

| 10/19/2018 | [11](#) (2 pgs) | Certificate of Credit Counseling Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Villalobos, Edward) (Entered: 10/19/2018) |
|---|---|---|
| 10/19/2018 | [12](#) (13 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Villalobos, Edward) (Entered: 10/19/2018) |
| 10/19/2018 | [13](#) (22 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Villalobos, Edward) (Entered: 10/19/2018) |
| 10/19/2018 | [14](#) (15 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Antonia Flores (RE: related document(s)[1](#) Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Antonia Flores (Villalobos, Edward). Warning: See docket entries no [3](#) and [4](#) for corrective actions. Case is deficient for Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/19/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/19/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/19/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/19/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 10/12/2018. Schedule I: Your Income (Form 106I) due 10/19/2018. Schedule J: Your Expenses (Form 106J) due 10/19/2018. Statement of Financial Affairs (Form 107 or 207) due 10/19/2018. Chapter 13 Plan (LBR F3015-1) due by 10/19/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 10/19/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 10/19/2018. Cert. of Credit Counseling due by 10/19/2018. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/19/2018. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/19/2018. Incomplete Filings due by 10/19/2018 Modified on 10/9/2018.). (Villalobos, Edward) (Entered: 10/19/2018) |
| 10/19/2018 | [15](#) (13 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys , Schedule I Individual: Your Income (Official Form 106I) , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years, Disposable Income Is |

| | | 1M/ECF  LIVE DB/...cv Court...ral Court...d U4/ Exhibit 1-20  (Official Form 122C-1) Filed by Debtor Antonia Flores. (Villalobos, Edward) (Entered: 10/19/2018) |
|---|---|---|
| 10/19/2018 | 16 | Notice to Filer of Error **Other - Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1),incorrectly filed within a document, illegible paystubs submitted- FORM F1002-1 MUST BE FILED AS A SEPARATE DOCUMENT- WITH LEGIBLE PAYSTUBS- THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IMMEDIATELY** (RE: related document(s)13 Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) filed by Debtor Antonia Flores, Disclosure of Compensation of Atty for Debtor (Official Form 2030), Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1), Verification of Master Mailing List of Creditors (LBR F1007-1)) (Garcia, Elaine L.) (Entered: 10/19/2018) |
| 10/19/2018 | 17 (1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)13 Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207) filed by Debtor Antonia Flores, Disclosure of Compensation of Atty for Debtor (Official Form 2030), Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1), Verification of Master Mailing List of Creditors (LBR F1007-1)) (Garcia, Elaine L.) (Entered: 10/19/2018) |
| 10/21/2018 | 18 (2 pgs) | BNC Certificate of Notice (RE: related document(s)17 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 10/21/2018. (Admin.) (Entered: 10/22/2018) |
| 10/25/2018 | | Receipt of Amendment Filing Fee - $31.00 by 01. Receipt Number 20230806. (admin) (Entered: 10/25/2018) |
| 10/26/2018 | 19 (1 pg) | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. (BNC) Signed on 10/26/2018 (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Antonia Flores, 5 Meeting (AutoAssign Chapter 13)). (Ly, Lynn) (Entered: 10/26/2018) |
| 10/28/2018 | 20 (2 pgs) | BNC Certificate of Notice (RE: related document(s)19 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 6. Notice Date 10/28/2018. (Admin.) (Entered: 10/28/2018) |
| 10/31/2018 | 21 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 10/31/2018) |
| 11/01/2018 | 22 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that |

the Trustee is discharged, bond is exonerated, and the case is closed.
(Vandensteen, Nancy) (Entered: 11/01/2018)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2019 10:15:53 | | |
| **PACER Login:** | CaPacer1:4148492:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-bk-21748-VZ Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# EXHIBIT  10

**This page is part of your document - DO NOT DISCARD**

## 20100306404





Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/05/10 AT 01:49PM**

| | |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 32.00 |



**LEADSHEET**

201003050020070

00002028114

002572589

**SEQ:**
**01**

DAR - Counter (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

Public Record

2

03/05/2010

*20100306404*

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name    Juan Borrell and Antonia Flores

Street
Address    15228 South Butler Avenue

City,State
Zip    Compton , CA 90221

Order No.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## INTERSPOUSAL TRANSFER DEED
### *This Document Provided by Fidelity National Title*

BONAFIDE GIFT

### Individual Grant Deed (Excluded from Reappraisal Under Proposition 13)
THE UNDERSIGNED GRANTOR(s) DECLARE(s)
Documentary Transfer Tax is $-0- THERE IS NO CONSIDERATION FOR THIS TRANSFER.
Parcel No. 6160-010-025

This is an INTERSPOUSAL TRANSFER under Sec. 63 of the Revenue and Taxation Code.  Grantee(s) has (have) checked the applicable exclusion:

( )    From joint tenancy to community property        ( ) From joint tenancy to tenancy in common
(✓)    From one spouse to both spouses (see below)        ( ) From one spouse to the other spouse (see below)
( )    To relinquish any community interest and to vest said property in the name of the grantee as his/her sole and separate
         property
( )    Other _____

GRANTOR(S), JUAN BORRELL , A SINGLE MAN
hereby GRANT(S) to:  JUAN BORRELL, AN UNMARRIED MAN AND ANTONIA FLORES, AN UNMARRIED WOMAN , AS JOINT TENANTS
the following real property in the city of  UNINCORPORATED AREA OF THE CITY OF COMPTON
County of  LOS ANGELES _____, State of California:

Legal description attached hereto as Exhibit "A"
and made a part of.

Dated MARCH 5, 2010

STATE OF CALIFORNIA

COUNTY OF  LOS ANGELES
On *Mar 5, 2010* before me, *Maria Eugenia Varela Menjivar, Notary Public*
a Notary Public, personally appeared JUAN BORRELL

who proved to me on the basis of satisfactory evidence) to be the person(s) whose
ame(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacit(ies) and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Maria Eugenia Varela Menjivar*

MARIA EUGENIA VARELA-MENJIVAR
COMM. #1868441
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Oct. 17, 2013

MAIL TAX STATEMENTS TO:
Juan Borrell and Antonia Flores 15528 S. Butler Ave. Compton, Ca 90221

Name                    Street Address                    City & State

Public Record

*3*

# EXHIBIT 'A'

## LEGAL DESCRIPTION FOR 15228 S. BUTLER AVE, COMPTON , CA 90221
## PARCEL No. 6180-010-0125

THAT PORTION OF LOT(S) 4 IN RANGE 7 OF TEMPLE AND GIBSON TRACT, IN THE CITY OF
LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED
IN BOOK 2 PAGE(S) 540 AND 541 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WESTERLY LINE OF WHITE AVENUE, 25 FEET WIDE, AS
SHOWN ON MAP OF TRACT NO. 6743, RECORDED IN BOOK 74 PAGE(S) 1 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT SOUTH 2°41'29" EAST
635.12 FEET FROM THE NORTHWESTERLY CORNER OF SAID TRACT NO. 6743, THENCE
PARALLEL WITH THE CENTERLINE OF COMPTON BOULEVARD (FORMERLY LEMON STREET),
AS SHOWN ON SAID MAP OF TRACT NO. 6743, SOUTH 89°49'31" WEST 278.02 FEET TO THE
POINT OF BEGINNING; THENCE CONTINUING PARALLEL WITH SAID CENTER LINE SOUTH
89°49'31" WEST 277.02 FEET; THENCE PARALLEL WITH THE SAID WESTERLY LINE OF
WHITE AVENUE, SOUTH 2°41'29" EAST 40 FEET; THENCE PARALLEL WITH SAID CENTER
LINE NORTH 89°49'31" EAST 277.02 FEET; THENCE NORTH 2°41'29" WEST 40 FEET TO THE
TRUE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES
LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS
PROVIDED IN DEED RECORDED SEPTEMBER 20, 1971 AS INSTRUMENT NO. 161, IN BOOK
D5196 PAGE(S) 62, OFFICIAL RECORDS.

Public Record





## This page is part of your document - DO NOT DISCARD



# 20101210148



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/30/10 AT 10:47AM**

| | |
|---|---|
| FEES: | 22.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 22.00 |



L E A D S H E E T



201008300040013

00002884240



002859316

**SEQ:**
**01**

DAR - Counter (Hard Copy)



## THIS FORM IS NOT TO BE DUPLICATED

E10246

RECORDING REQUESTED BY:

Order No.
Escrow No.
Parcel No. **6180-010-0125**

**AND WHEN RECORDED MAIL TO:**

ANTONIA FLORES
15228 SOUTH BUTLER AVENUE
COMPTON, CA 90221

08/30/2010

*20101210148*

2

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $-0- and CITY $
☒ computed on full value of property conveyed, or
☐ unincorporated area:    ☒ **COMPTON, and**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **JUAN BORRELL, AN
UNMARRIED MAN AND ANTONIA FLORES AN UNMARRIED WOMAN, AS JOINT TENANTS**.

hereby GRANT(S) to    **ANTONIA FLORES, AN UNMARRIED WOMAN.**

the following described real property in the County of **LOS ANGELES**, State of California:
PLEASE SEE ATTACHED EXHIBIT "A" HERETO AND MAKE A PART HEREOF.
RE: 15225 SOUTH BUTLER AVENUE, COMPTON, CA 90221

**"THIS IS A BONAFIDE GIFT AND THE GRANTOR RECEIVED NOTHING IN RETURN, R & T 11911."**

Date    August 9, 2010

JUAN BORRELL

STATE OF CALIFORNIA    }
COUNTY OF ANGELES    } S.S.
LOS                  }

On AUGUST 31, 2010 , before me, ROBIN JOHN RUTT
a notary public in and for said State, personally appeared **JUAN BORRELL**, who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _Robin John Rutt_    (Seal)
NOTARY PUBLIC

ROBIN JOHN RUTT
Commission # 1892360
Notary Public - California
Los Angeles County
My Comm. Expires Jul 9, 2014

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

3

## EXHIBIT 'A'

### LEGAL DESCRIPTION FOR 15228 S. BUTLER AVE, COMPTON , CA 90221
### PARCEL No. 6180-010-0125

THAT PORTION OF LOT(S) 4 IN RANGE 7 OF TEMPLE AND GIBSON TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2 PAGE(S) 540 AND 541 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WESTERLY LINE OF WHITE AVENUE, 25 FEET WIDE, AS SHOWN ON MAP OF TRACT NO. 6743, RECORDED IN BOOK 74 PAGE(S) 1 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DISTANT SOUTH 2°41'29" EAST 635.12 FEET FROM THE NORTHWESTERLY CORNER OF SAID TRACT NO. 6743, THENCE PARALLEL WITH THE CENTERLINE OF COMPTON BOULEVARD (FORMERLY LEMON STREET), AS SHOWN ON SAID MAP OF TRACT NO. 6743, SOUTH 89°49'31" WEST 278.02 FEET TO THE POINT OF BEGINNING; THENCE CONTINUING PARALLEL WITH SAID CENTER LINE SOUTH 89°49'31" WEST 277.02 FEET; THENCE PARALLEL WITH THE SAID WESTERLY LINE OF WHITE AVENUE, SOUTH 2°41'29" EAST 40 FEET; THENCE PARALLEL WITH SAID CENTER LINE NORTH 89°49'31" EAST 277.02 FEET; THENCE NORTH 2°41'29" WEST 40 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED SEPTEMBER 20, 1971 AS INSTRUMENT NO. 161, IN BOOK D5196 PAGE(S) 62, OFFICIAL RECORDS.